# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **IN RE: COMPUMEDICS USA DATA SECURITY INCIDENT LITIGATION** | Case No. 3:25-cv-00479 |

## DEFENDANT COMPUMEDICS USA'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Compumedics USA ("Compumedics") respectfully moves this Court to dismiss Plaintiffs' Consolidated Class Action Complaint (Dkt. No. 8) because Plaintiffs lack standing to assert their claims and they fail to allege sufficient facts to plausibly state a claim for relief.  For the reasons discussed in the accompanying Memorandum in Support, which is incorporated by reference here, Plaintiffs' Consolidated Class Action Complaint should be dismissed.

Dated: September 26, 2025

Respectfully submitted,

*s/ Mark R. Kutny*
Mark R. Kutny, N.C. State Bar No. 29306
HAMILTON STEPHENS STEELE +
MARTIN, PLLC
525 N. Tryon St., Fl. 1400
Charlotte, NC 28202
Telephone: 704.344.1117
mkutny@lawhssm.com

Carrie Dettmer Slye (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202
Telephone: 513.929.3400
cdettmerslye@bakerlaw.com

Raika N. Casey (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, Colorado 80209
Telephone: 303.764.4093
rcasey@bakerlaw.com

*Attorneys for Defendant Compumedics USA*