IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: COMPUMEDICS USA DATA SECURITY INCIDENT LITIGATION | Case No. 3:25-cv-00479-MOC-DCK |
|---|---|

## VOLUNARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss all claims against Defendants without prejudice.

Respectfully submitted this 28th day of May, 2026.

s/ David M. Wilkerson
David M. Wilkerson
NC State Bar No.: 35742
WILKERSON JUSTUS PLLC
9 SW Pack Square, Suite 301
Asheville, NC 28801
Tel: (828) 316-6902
dwilkerson@wilkersonjustus.com
Interim Local Counsel

Mariya Weekes (Pro Hac Vice)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

Jeff Ostrow (Pro Hac Vice)
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
Fax: (954) 525-4300
ostrow@kolawyers.com

J. Gerard Stranch, IV (Pro Hac Vice)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

Interim Co-Lead Class Counsel